IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LOYAL AMERICAN LIFE INSURANCE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:18-CV-408-RP |
| | § | |
| BENE MARKET LLC, STEPHANIE MILLER, and MICHAEL HOWARD, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

On August 3, 2020, the Court issued an order granting Loyal American Life Insurance Company's ("Loyal American") motion for summary judgment against Defendant Michael Howard ("Howard"). (Order, Dkt. 65). On December 23, 2020, the Court issued an order granting Loyal American's motion for entry of default judgment against Defendants Bene Market LLC and Stephanie F. Miller and dismissing Howard's crossclaims against Bene Market LLC and Stephanie F. Miller. (Order, Dkt. 71). As nothing remains to resolve, the court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Accordingly, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on December 23, 2020.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE