IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LOYAL AMERICAN LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>BENE MARKET LLC, STEPHANIE F. MILLER, and MICHAEL HOWARD,<br><br>Defendants. | Case No.: 1:18-cv-00408 (RP) |

**PARTIAL SATISFACTION OF JUDGMENT**
**AS TO DEFENDANT MICHAEL HOWARD**

Plaintiff Loyal American Life Insurance Company ("Loyal"), by and through the undersigned counsel, hereby acknowledges that Defendant Michael Howard ("Howard") has fully paid and satisfied his portion of the monetary obligation set forth in the parties' settlement agreement, which was executed on June 30, 2022 (the "Settlement Agreement").

The total judgment amount of $229,409.82 (plus post-judgment interest, the "Judgment") has been partially satisfied in the amount of $60,000.00 (sixty thousand dollars) through payment from Defendant Michael Howard. As a compromise to Howard, and in accordance with the parties' Settlement Agreement, Loyal files this partial satisfaction of judgment as to Howard only and hereby releases him from

further liability concerning the remaining Judgment amount. This partial satisfaction does not release or discharge Defendants Bene Market LLC and Stephanie F. Miller from liability for payment of the remaining Judgment amount.

Howard's payments have been credited toward outstanding interest accrued on the Judgment, and then against the principal balance. The remaining balance of Judgment remains unsatisfied and continues to accrue interest. To the extent not satisfied or released, the Judgment and lien thereof remain in full force and effect. No other judgments, orders, claims or interests are being released by Loyal.

**DATED** February 20, 2024.

**LOCKE LORD**

**Stephen J. Humeniuk**
Texas Bar No. 24087770
300 Colorado St., Suite 2100 Austin,
Texas 78701
512-305-4700 (Telephone)
512-305-4800 (Facsimile)
stephen.humeniuk@lockelord.com

**ATTORNEYS FOR PLAINTIFF LOYAL AMERICAN LIFE INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing will be served on or before the 20th day of February, 2024 to the following, with service via certified U.S. Mail:

Bene Market LLC
8 The Green Ste. A
Dover, DE 19901
***Defendant***

Stephanie Miller
485 Knorr Rd.
Gettysburg, PA 17325
***Defendant***

Michael Howard
15636 Glencrest Avenue
Delray Beach, FL 33446
***Defendant***

Steve Humeniuk

Stephen J. Humeniuk



136467988v.2